**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| A.H., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:26-cv-05924 |
| | : | |
| JENNEL LARISSA DEAS, *et al.*, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 21st day of August, 2026, upon consideration of Plaintiff's *pro se* Motion to Proceed *In Forma Pauperis*, ECF No. 1, and Complaint, ECF No. 2, it is **ORDERED** that:

1. Since Plaintiff is a minor, the Clerk of Court is **DIRECTED** to replace her name in the caption with the initials "A.H." and to mark the Motion to Proceed *In Forma Pauperis* and Complaint as participant-view only.

2. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum. This dismissal does not prevent Plaintiff's claims from being heard in the proper state court.

3. The Motion to Proceed *In Forma Pauperis* is **DENIED AS MOOT** in light of the dismissal of this case.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*

JOSEPH F. LEESON, JR.
United States District Judge